

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

main:  (973) 645-2700
direct: (973) 645-2813
fax:   (973) 297-2010

August 8, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re: *Morocho Morocho v. Acting Field Office Dir.*, No. 26-10024
> Petitioner's Release

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write pursuant to the Court's text order entered August 7, 2026, at 4:53 p.m., ECF No. 2, to confirm that U.S. Immigration and Customs Enforcement has informed this Office that Petitioner was released from custody at 7:39 p.m. on August 7, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
Acting Deputy Chief, Civil Division
*Attorneys for Respondents*

cc:   Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  8/12/26